1056

[No. 33186-1-II. Division Two. September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY GENE HAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02206-3, Kathryn J. Nelson, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 33643-0-II. Division Two. September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE JEROME LOCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00477-1, John P. Wulle, J., entered August 1, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 33703-7-II. Division Two. September 6, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD T. THEEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00267-3, F. Mark McCauley, J., entered August 15, 2005. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 34167-1-II. Division Two. September 6, 2006.]

LARRY GOLDBERG, as *Trustee and Personal Representative, Appellant*, v. BRUCE A. WOLF, as *Special Administrator, Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-2-00393-1, H. John Hall, J., entered December 21, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.